IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, ALLIANCE FOR THE WILD ROCKIES, and THE CENTER, INC. | CV 04-127-M-DWM |
| Plaintiffs, | |
| vs. | ORDER |
| ABAGAIL KIMBELL, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that a hearing on motions for summary judgment is set for **Wednesday, March 22, 2006 at 1:30 p.m.** in the Russell Smith Courthouse, Missoula, Montana.

The Clerk of Court is directed to notify the parties of the making of this Order.

Dated this 3rd day of February, 2006.

_____
DONALD W. MOLLOY, Chief Judge
United States District Court